**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| VICTOR CAMARGO-JUAREZ,<br>Plaintiff<br>v.<br>THE VIEW LUXURY APARTMENTS, *et al.*,<br>Defendants. | Case No. 3:26-CV-00819-ART-CLB<br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On October 21, 2026, Plaintiff Victor Camargo-Juarez ("Camargo-Juarez"), filed a complaint, (ECF No. 1-1), along with emergency motions for injunctive relief, (ECF Nos. 2, 3). However, Camargo-Juarez has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Plaintiff the approved form Application to Proceed *in Forma Pauperis* for Non-Inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, November 23, 2026**, Plaintiff will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**IT IS FURTHER ORDERED** that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

**IT IS SO ORDERED.**

**DATED**: October 22, 2026.

**UNITED STATES MAGISTRATE JUDGE**